IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Simon Montalvo, | Case No. 3:04 CV 7778 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| General Motors Corporation, | |
| Defendant. | |

Plaintiff Simon Montalvo brought this action under Title I of the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964, for retaliation and creation of a hostile work environment. This matter is before the Court on Magistrate Judge Vernelis Armstrong's Report (Doc. No. 33) which recommends granting General Motors' unopposed Motion for Summary Judgment.

Neither party objected to the Magistrate's Report. "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Thus, the Court declines to review the Magistrate's Report.

Therefore, the Magistrate's Report and Recommendation is adopted; Defendant General Motors' Motion for Summary Judgment is granted; and judgment is entered in favor of Defendant.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE
July 6, 2006